RECEIVED
NOV - 9 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JONICA H. PHILLIPS<br>  LA. DOC #429550<br>VS. | CIVIL ACTION NO. 1:10-cv-0834<br><br>SECTION P<br><br>JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN TIM WILKINSON | MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this 9th day of November, 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE